UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORGET ME NOT FASHIONS, LLC; DOMINIKA J. MACIEJKA; GARY S. HUBAND D.B.A. GARY S. HUBAND, AND GARY S. HUBAND, individually, and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>QUICKSILVER CAPITAL, LLC; BUSINESS CAPITAL, LLC; UNITED BUSINESS FUNDING, LLC; MICHAEL PUDERBEUTEL; JOHN MCCORMICK; NOLAN RYAN; AND THE JOHN AND JANE DOE INVESTORS,<br><br>                            Defendants. | Civil Action No.: 18-CV-10532 (VM) |

       **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Forget Me Not Fashions, LLC; Dominika J. Maciejka; and Gary S. Huband hereby voluntarily **DISMISS** Defendants Quicksilver Capital, LLC, Michael Puderbeutel, John McCormick; and the John and Jane Doe Investors with prejudice.

       Neither an Answer nor Motion for Summary Judgment has been filed by any adverse party so as to preclude this Notice under said Rule.

DATED:  January 30, 2019

                                              **WHITE AND WILLIAMS LLP**

                                              By:_____
                                              Shane R. Heskin
                                              Justin E. Proper
                                              7 Times Square, Suite 2900
                                              New York, NY 10036-6524
                                              (215) 864-6329
                                              heskins@whiteandwilliams.com
                                              *Attorneys for Plaintiffs*