## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORGET ME NOT FASHIONS, LLC; DOMINIKA J. MACIEJKA; GARY S. HUBAND D.B.A. GARY S. HUBAND, AND GARY S. HUBAND, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKSILVER CAPITAL, LLC; BUSINESS CAPITAL, LLC; UNITED BUSINESS FUNDING, LLC; MICHAEL PUDERBEUTEL; JOHN MCCORMICK; NOLAN RYAN; AND THE JOHN AND JANE DOE INVESTORS,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/1/19<br><br>Civil Action No.: 18-CV-10532 (VM) |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Forget Me Not Fashions, LLC; Dominika J. Maciejka; and Gary S. Huband hereby voluntarily **DISMISS** Defendants Quicksilver Capital, LLC, Michael Puderbeutel, John McCormick; and the John and Jane Doe Investors with prejudice.

Neither an Answer nor Motion for Summary Judgment has been filed by any adverse party so as to preclude this Notice under said Rule.

DATED: January 30, 2019

SO ORDERED.

2-1-19
DATE / VICTOR MARRERO, U.S.D.J.

WHITE AND WILLIAMS LLP

By: Shane R. Heskin
Shane R. Heskin
Justin E. Proper
7 Times Square, Suite 2900
New York, NY 10036-6524
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*