# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORGET ME NOT FASHIONS, LLC; DOMINIKA J. MACIEJKA; GARY S. HUBAND D.B.A. GARY S. HUBAND, AND GARY S. HUBAND, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> QUICKSILVER CAPITAL, LLC; BUSINESS CAPITAL, LLC; UNITED BUSINESS FUNDING, LLC; MICHAEL PUDERBEUTEL; JOHN MCCORMICK; NOLAN RYAN; AND THE JOHN AND JANE DOE INVESTORS, <br><br> Defendants. | Civil Action No.: 18-CV-10532 (VM) |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Forget Me Not Fashions, LLC; Dominika J. Maciejka; and Gary S. Huband hereby voluntarily **DISMISS** defendants Business Capital, LLC, United Business Funding, LLC and Nolan Ryan with prejudice.

Neither an Answer nor Motion for Summary Judgment has been filed by any adverse party so as to preclude this Notice under said Rule.

DATED: February 6, 2019

**WHITE AND WILLIAMS LLP**

By: _/s/ Shane R. Heskin_
Shane R. Heskin
Justin E. Proper
7 Times Square, Suite 2900
New York, NY 10036-6524
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*