UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FORGET ME NOT FASHIONS, LLC; DOMINIKA J. MACIEJKA; GARY S. HUBAND D.B.A. GARY S. HUBAND, AND GARY S. HUBAND, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

QUICKSILVER CAPITAL, LLC; BUSINESS CAPITAL, LLC; UNITED BUSINESS FUNDING, LLC; MICHAEL PUDERBEUTEL; JOHN MCCORMICK; NOLAN RYAN; AND THE JOHN AND JANE DOE INVESTORS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/7/19

Civil Action No.: 18-CV-10532 (VM)

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs Forget Me Not Fashions, LLC; Dominika J. Maciejka; and Gary S. Huband hereby voluntarily **DISMISS** defendants Business Capital, LLC, United Business Funding, LLC and Nolan Ryan with prejudice.

Neither an Answer nor Motion for Summary Judgment has been filed by any adverse party so as to preclude this Notice under said Rule.

DATED: February 6, 2019

**WHITE AND WILLIAMS LLP**

By: [signature]

Shane R. Heskin
Justin E. Proper
7 Times Square, Suite 2900
New York, NY 10036-6524
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*

SO ORDERED.

2-7-19
DATE

VICTOR MARRERO, U.S.D.J.